

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00414-CV

IN THE GUARDIANSHIP OF GARY L. LYNCH, AN INCAPACITATED PERSON

§ On Appeal from County Court

§ of Parker County (21G034)

§ December 23, 2025

§ Memorandum Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's orders. It is ordered that the orders of the trial court are affirmed.

It is further ordered that Appellant Angela Anne Lynch shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack